```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0241--CV (JWS)
         "JUDITH M. RICH V FURNITURE ENTERPRISES OF AK"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/04/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (820) Copyright

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 10/04/04 receipt # 00124131
          Trial by:
```

Parties of Record:                         Counsel of Record:

PLF 1.1          RICH, JUDITH M.           D. John McKay
                                           Law Office of D. John McKay
                                           117 E. Cook Avenue
                                           Anchorage, AK 99501
                                           907-274-3154
                                           FAX 907-272-5646

DEF 1.1          FURNITURE ENTERPRISES OF ALASKA    Jahna M. Lindemuth
                 INC                                Dorsey & Whitney
                                                    1031 W. 4th Avenue, Suite 600
                                                    Anchorage, AK 99501-5907
                                                    907-276-4557
                                                    FAX 907-276-4152

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0241--CV (JWS)
                      "JUDITH M. RICH V FURNITURE ENTERPRISES OF AK"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/04/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (820) Copyright

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 10/04/04 receipt # 00124131
          Trial by:


Document #    Filed     Docket text

     1 -  1   10/04/04  Complaint filed; Summons issued.

     2 -  1   10/28/04  DEF 1 Attorney Appearance of B. Durrell.

     3 -  1   12/07/04  JWS Minute Order that plf require an ans or apply for dft re: DEF 1 w/i
                        20 days. cc: cnsl

     4 -  1   12/30/04  JWS Minute Order that cmplt will be dism if case not @ iss 120 days from
                        filing of cmplt. cc: cnsl

     5 -  1   02/10/05  JWS Minute Order dismissing case for failure to take dft or require an
                        ans. cc: cnsl

     6 -  1   07/13/05  Stipulation to reinstate suit.

     6 -  2   07/15/05  JWS Order approving stip to reinstate suit (6-1); def ans due 8/12/05.
                        cc: cnsl

     7 -  1   07/29/05  DEF 1 Attorney Substitution of J. Lindemuth for B. Durrell.

     8 -  1   07/29/05  DEF 1 Attorney Appearance of J. Lindemuth.

     7 -  2   08/01/05  Order approving subs of cnsl. cc: cnsl

     9 -  1   08/12/05  DEF 1 Unopposed motion for extension of time until 9/9/05 to file an
                        answer.

    10 -  1   08/18/05  JWS Order granting unopposed motion for extension of time until 9/9/05
                        to file an answer (9-1). cc: cnsl

    11 -  1   09/09/05  DEF 1 Unopposed motion for extension of time until 10/7/05 to file
                        answer to plaintiff's complaint.

    12 -  1   09/14/05  JWS Order granting unoppo mot for ext of time until 10/7/05 to file ans
                        (11-1). cc: cnsl

    13 -  1   10/07/05  DEF 1 Unopposed motion for extension of time until 11/7/05 to file
                        answer.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A04-0241--CV (JWS)
                  "JUDITH M. RICH V FURNITURE ENTERPRISES OF AK"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 10/11/05 | JWS Order granting unoppo mot for ext of time until 11/7/05 to file ans (13-1). cc: cnsl |
| 15 - 1 | 11/08/05 | DEF 1 Unopposed motion for extention of time until 12/7/05 to file defendants answer to plf's complaint to allow parties time to discuss settlement. |
| 16 - 1 | 11/09/05 | JWS Order granting unopposed motion for extention of time until 12/7/05 to file defendant's answer (15-1).  cc: cnsl |