Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE
ENTERPRISES OF ALASKA,
INC., an Alaska Corporation

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8  PM 4: 28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH<br><br>            Plaintiff<br><br>vs.<br><br>FURNITURE ENTERPRISES OF<br>ALASKA, INC., an Alaska Corporation<br><br>            Defendant | Case No. A-04-241 CIV (JWS) |

### STIPULATION FOR EXTENSION OF TIME

The parties, by and through their undersigned counsel, stipulate and agree to an extension of time from December 7, 2005 until January 7, 2006 for defendant to file its answer to plaintiff's complicated, to allow additional time for the parties to discuss settlement.

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME
Page 1

Rich v. Furniture Enterprises of Alaska
A-04-241 CI (JWS)

17

DATED this _1st_ day of December, 2005, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: _____
Jahna M. Lindemuth, ABA #9711068

DATED this _5th_ day of December, 2005, at Anchorage, Alaska.

D. JOHN McKAY

By: _____
D. John McKay, ABA #7811117

CERTIFICATE OF SERVICE

This certifies that on the ____ day of December, 2005, a copy of the foregoing document was served by mail on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska 99501

_____
Certification Signature

A04-0241--CV (JWS)    12-13-05

/ D. MCKAY
/ J. LINDEMUTH (DORSEY)

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME                Rich v. Furniture Enterprises of Alaska
Page 2                                                                A-04-241 CI (JWS)