Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE
ENTERPRISES OF ALASKA,
INC., an Alaska Corporation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH<br><br>　　　　　　　　Plaintiff<br><br>vs.<br><br>FURNITURE ENTERPRISES OF<br>ALASKA, INC., an Alaska Corporation<br><br>　　　　　　　　Defendant | Case No. A-04-241 CIV (JWS) |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Furniture Enterprises of Alaska, Inc. moves for an extension of time from January 6, 2006 until February 6, 2006 to file its answer to plaintiff's complaint, to allow additional time for the parties to discuss settlement. Counsel for Plaintiff has indicated that he does not oppose the requested extension.

DATED this 6th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:_____/s/  Jahna M. Lindemuth
　　　Jahna M. Lindemuth, ABA #9711068

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

UNOPPOSED MOTION FOR EXTENSION OF TIME　　　Rich v. Furniture Enterprises of Alaska
Page 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　A-04-241 CI (JWS)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January, 2006, a true and correct copy of this document was served on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska  99501

by electronic means through the ECF system as indicated.

_____/s/  Cathy L. Mock_____
Cathy L. Mock, Secretary
Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

UNOPPOSED MOTION FOR EXTENSION OF TIME      Rich v. Furniture Enterprises of Alaska
Page 2                                                                              A-04-241 CI (JWS)