Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE ENTERPRISES OF
ALASKA, INC., an Alaska Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH,<br><br>                    Plaintiff<br>vs.<br><br>FURNITURE ENTERPRISES OF<br>ALASKA, INC., an Alaska Corporation<br><br>                    Defendant. | Case No. A-04-241 CIV (JWS) |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME</u>**

The Court having considered defendant's motion for an extension of time to file its answer, and the motion being unopposed,

IT IS HEREBY ORDERED that the defendant's answer shall be due February 6, 2006.

DATED this _____ day of _____, 2006.

_____
Judge of the U.S. District Court

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 6th day of January, 2006, a true and correct
copy of this document was served on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska  99501

by electronic means through the ECF system as indicated.

    /s/  Cathy L. Mock
Cathy L. Mock, Secretary
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME   Rich v. Furniture Enterprises of Alaska
Page 2   A-04-241 CI (JWS)