Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE ENTERPRISES OF
ALASKA, INC., an Alaska Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH,<br><br>            Plaintiff<br>vs.<br><br>FURNITURE ENTERPRISES OF<br>ALASKA, INC., an Alaska Corporation<br><br>            Defendant. | <br><br><br><br><br><br><br><br>Case No. A-04-241 CIV (JWS) |

## **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court having considered defendant's motion for an extension of time to file its answer, and the motion being unopposed,

IT IS HEREBY ORDERED that the defendant's answer shall be due February 6, 2006.

**Counsel are WARNED that the court is highly unlikely to grant a further enlargement of time.**

DATED this 9th day of January, 2006.

                                                             /s/
                                      JOHN W. SEDWICK
                            UNITED STATES DISTRICT JUDGE

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME      Rich v. Furniture Enterprises of Alaska
Page 2      A-04-241 CI (JWS)