Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE
ENTERPRISES OF ALASKA,
INC., an Alaska Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH<br><br>Plaintiff<br><br>vs.<br><br>FURNITURE ENTERPRISES OF ALASKA, INC., an Alaska Corporation<br><br>Defendant | Case No. A-04-241 CIV (JWS) |

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant, Furniture Enterprises of Alaska, Inc., hereby demands trial by jury of all issues so triable in this action.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DEMAND FOR JURY TRIAL                                    Rich v. Furniture Enterprises of Alaska
Page 1                                                                            A-04-241 CI (JWS)

DATED this 7th day of February, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:        /s/  Jahna M. Lindemuth
      Jahna M. Lindemuth, ABA #9711068
      DORSEY & WHITNEY LLP
      1031 West Fourth Avenue
      Suite 600
      Anchorage, AK 99501-5907
      (907) 276-4557
      lindemuth.jahna@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 7th day of February, 2006, a true and correct
copy of this document was served on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska  99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


      /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DEMAND FOR JURY TRIAL      Rich v. Furniture Enterprises of Alaska
Page 2      A-04-241 CI (JWS)