Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE
ENTERPRISES OF ALASKA,
INC., an Alaska Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH,<br><br>                              Plaintiff,<br><br>vs.<br><br>FURNITURE ENTERPRISES OF ALASKA, INC., an Alaska Corporation,<br><br>                              Defendant. | Case No. A-04-241 CI (JWS)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Furniture Enterprises of Alaska, Inc. ("Furniture Enterprises") and Judith M. Rich ("Rich") stipulate that:

1. The parties having entered into a mutually acceptable settlement of this matter, all claims arising out of the transactions and occurrences alleged in this case shall be dismissed with prejudice.

2. Furniture Enterprises and Rich shall bear their own costs and attorney's fees, in accordance with the terms of their settlement agreement.

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DORSEY & WHITNEY LLP
Attorneys for
Furniture Enterprises of Alaska, Inc.

Date: February 14, 2006        By:  /s/ Jahna M. Lindemuth
                                    Jahna M. Lindemuth, ABA #9711068
                                    DORSEY & WHITNEY LLP
                                    1031 West Fourth Avenue, Suite 600
                                    Anchorage, AK 99501
                                    (907) 276-4557
                                    lindemuth.jahna@dorsey.com

LAW OFFICES OF D. JOHN MCKAY
Attorneys for Judith M. Rich

Date: February 13, 2006        By:  /s/ D. John McKay (by consent)
                                    D. John McKay, ABA #7811117

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 14th day of February, 2006, a true and correct
copy of this document was served on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska 99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

        /s/ Jahna M. Lindemuth
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL WITH PREJUDICE    Judith M. Rich v. Furniture Enterprises of Alaska, Inc.
                                                           Case No. A-04-241 CI (JWS)

Page 2