Jahna M. Lindemuth, ABA #9711068
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for FURNITURE
ENTERPRISES OF ALASKA,
INC., an Alaska Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH,<br><br>                    Plaintiff,<br><br>vs.<br><br>FURNITURE ENTERPRISES OF ALASKA,<br>INC., an Alaska Corporation,<br><br>                    Defendant. | Case No. A-04-241 CI (JWS)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

   This Court, having considered the Stipulation for Dismissal filed by the parties, and finding good cause appearing,

   IT IS HEREBY ORDERED that all claims arising out of the transactions and occurrences alleged in this case are hereby dismissed with prejudice. Furniture Enterprises and Rich shall bear their own costs and attorney's fees in accordance with the terms of their settlement agreement.

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

DATED this _____ day of _____, 2006.

_____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 14th day of February, 2006, a true and correct
copy of this document was served on:

D. John McKay
Law Offices of D. John McKay
117 E. Cook Avenue
Anchorage, Alaska  99501

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

_____/s/  Jahna M. Lindemuth_____
Jahna M. Lindemuth, ABA #9711068
Dorsey & Whitney, LLP

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER FOR DISMISSAL WITH PREJUDICE        Judith M. Rich v. Furniture Enterprises of Alaska, Inc.
                                                                                                       Case No. A-04-241 CI (JWS)
Page 2