IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JUDITH M. RICH,<br><br>                              Plaintiff,<br><br>vs.<br><br>FURNITURE ENTERPRISES OF ALASKA, INC., an Alaska Corporation,<br><br>                              Defendant. | Case No. A-04-241 CI (JWS)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

This Court, having considered the Stipulation for Dismissal filed by the parties, and finding good cause appearing,

IT IS HEREBY ORDERED that all claims arising out of the transactions and occurrences alleged in this case are hereby dismissed with prejudice. Furniture Enterprises and Rich shall bear their own costs and attorney's fees in accordance with the terms of their settlement agreement.

DATED this __16th__ day of _February__, 2006.

s/ John W. Sedwick
The Honorable John W. Sedwick

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557